**Robinson+Cole**

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999

April 29, 2021



<u>Via ECF</u>
Hon. Katherine Polk Failla
U.S.D.C. for the Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      RE:    *Diego Beekman Mut. Housing Ass'n Housing Dev. Fund Corp. v. Liberty Mut. Ins. Co., et al.*, **No. 1:20-cv-10915**

Dear Judge Failla:

      This firm represents Defendants Liberty Mutual Insurance Company and American Economy Insurance Company ("Defendants") in the above-referenced insurance coverage dispute. In accordance with Your Honor's Individual Rules, we submit this joint letter in advance of the initial pretrial conference scheduled for May 4, 2021.

      The Court entered a Case Management Plan on March 4, 2021 (ECF No. 22). The parties have exchanged Rule 26 Initial Disclosures. The parties have each served written discovery demands and responses are due in the coming weeks. Depositions will take place after all discovery responses have been served.

      There are no issues that require the Court's attention at this time. In accordance with Your Honor's Individual Rules and the Court's recent email, the parties respectfully request an approximately 30-day adjournment of the initial pretrial conference scheduled for May 4, 2021 at 11:00 a.m., to allow the parties time to respond to written discovery before speaking with the Court.

      Thank you for your consideration. Please do not hesitate to contact us, if the Court would like any additional information.

Respectfully submitted,

/s/ Gerald P. Dwyer, Jr.

Gerald P. Dwyer, Jr.
Cara C. Vecchione

cc: Counsel of record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Application GRANTED. The initial pretrial conference scheduled for May 4, 2021, is hereby ADOURNED to June 11, 2021, at 2:30 p.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:30 p.m.

Dated: April 30, 2021  
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE