# Robinson+Cole

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999

June 8, 2021



**Via ECF**
Hon. Katherine Polk Failla
U.S.D.C. for the Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      RE:    *Diego Beekman Mut. Housing Ass'n Housing Dev. Fund Corp. v. Liberty Mut. Ins. Co., et al.*, **No. 1:20-cv-10915**

Dear Judge Failla:

      This firm represents Defendants Liberty Mutual Insurance Company and American Economy Insurance Company ("Defendants") in the above-referenced insurance coverage dispute. In accordance with Your Honor's Individual Rules and the parties recent email exchange with Chambers, we submit this joint request for: (1) an adjournment of the initial pretrial conference scheduled for June 11, 2021 at 2:30 p.m.; and (2) a 60-day extension of fact discovery to allow the parties time to respond to written discovery and explore mediation.

      The Court entered a Case Management Plan on March 4, 2021 (ECF No. 22). The parties have served (and are in the process of responding to) written discovery requests. The parties are also discussing mediation. Currently, there are no pending motions or issues that require the Court's attention at this time. Accordingly, the parties respectfully request: (1) an adjournment of the initial pretrial conference scheduled for June 8, 2021; and (2) a 60-day extension of fact discovery (*i.e.*, until August 27, 2021) to allow the parties time to respond to written discovery and explore mediation.

      This request is made on consent. This is the first request for an extension of discovery deadlines.

      Please do not hesitate to contact us, if the Court requires any additional information. The parties are also available on for June 11, 2021 at 2:30 p.m., if the Court would like to go forward with the conference as scheduled and discuss the parties' request.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Thank you for your consideration.

Respectfully submitted,

/s/ Gerald P. Dwyer, Jr.

Gerald P. Dwyer, Jr.
Cara C. Vecchione

cc: Counsel of record (*via* ECF)

```
Application GRANTED.  Fact discovery shall be completed on or by
August 27, 2021, with the understanding that no further extension of
fact discovery shall be forthcoming.  Accordingly, the conference
scheduled for June 11, 2021, is hereby ADJOURNED to August 31, 2021,
at 2:00 p.m., in Courtroom in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.  By Thursday of the
week prior to the conference, the parties shall submit a joint
letter, not to exceed three pages, regarding the status of the case,
as specified in the Court's Civil Case Management Plan and
Scheduling Order.  (Dkt. #22 at 7).

Dated:     June 8, 2021                SO ORDERED.
           New York, New York


                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```